IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERTO ODOR, | ) |
| | ) Civil Action No. 1:22-cv-0631 |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| US GLASS LLC and | ) JURY TRIAL DEMANDED |
| CARLOS FREITAS | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW, the Plaintiff in this action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismiss the above-styled civil action, without prejudice.

Respectfully submitted, this 17th day of May, 2022.

**BARRET & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
*Attorney for Plaintiff*

PO BOX 530092
Atlanta, GA 30353-0092
Phone: (404) 214-0120
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERTO ODOR, ) | |
| ) | Civil Action No. 1:22-cv-0631 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| US GLASS LLC and ) | JURY TRIAL DEMANDED |
| CARLOS FREITAS ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing *Stipulation of Dismissal Without Prejudice* with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all attorneys of record.

This 17th day of May, 2022.

**BARRET & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 9us 40504
*Attorney for Plaintiff*

PO BOX 530092
Atlanta, GA 30353-0092
Phone: (404) 214-0120
severin@justiceatwork.com